[No. 32339-7-II. Division Two. November 29, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD GENE FARMER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01787-8, John P. Wulle, J., entered October 1, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Penoyar, J.

[No. 32860-7-II. Division Two. November 29, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD ERIC GOODLOE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-00854-7, M. Karlynn Haberly, J., entered February 4, 2005. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 23312-0-III. Division Three. November 29, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY DONALD CLICK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03040-7, Kathleen M. O'Connor, J., entered August 23, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 23334-1-III. Division Three. November 29, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN KIETH CARMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00380-0, Craig J. Matheson, J., entered August 24, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Thompson, J. Pro Tem.